# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRION GEE-BROOMFIELD,<br><br>                Petitioner,<br><br>    v.<br><br>MARCUS POLLARD, et al.,<br><br>                Respondents. | Case No. 5:21-cv-01433-GW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation to deny the habeas petition and any relevant records as needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

THEREFORE, the Court accepts the Report and Recommendation and orders that the petition under 28 U.S.C. § 2254 be DENIED. Judgment will be entered accordingly dismissing this action with prejudice. Petitioner's request for appointment of counsel is DENIED as moot.

IT IS SO ORDERED.

DATED: May 15, 2023

GEORGE H. WU
United States District Judge