JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRION GEE-BROOMFIELD,<br><br>         Petitioner,<br><br>    v.<br><br>MARCUS POLLARD, et al.,<br><br>         Respondents. | Case No. 5:21-cv-01433-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: May 15, 2023

GEORGE H. WU
United States District Judge